UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-22381-JLK

ROBERT A. FEINSCHREIBER,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC.,

    Defendant.

_____/

## AGREED ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES

**THIS CAUSE** came before the Court upon Defendant's Motion to Compel Discovery Responses (the "Motion"). ECF No. [19]. Upon consideration of Defendant's Motion, the pertinent portions of the record, the agreement of the parties, and the Court being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion, ECF No. [19], is **GRANTED**. Plaintiff shall serve his responses to Defendant's First Request for Production and First Set of Interrogatories on or before Wednesday, July 31, 2019.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2019.

_____
JACQUELINE BECERRA
United States Magistrate Judge